IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERESA THOMPSON                                                    PLAINTIFF

v.                              Case No. 4:25-cv-04058

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION                                           DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed on July 7, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 14. Judge Ford recommends that the Administrative Law Judge's ("ALJ") decision denying Plaintiff Teresa Thompson's claim for a period of disability, disability insurance benefits ("DIB"), and supplemental security income ("SSI") under Titles II and XVI of the Social Security Act because it is supported by substantial evidence in the record.  *Id.* at 1, 12.  Specifically, Judge Ford found that the ALJ properly assessed Plaintiff's subjective complaints, that the ALJ's residual functional capacity determination was supported by substantial evidence, and that the ALJ did not err in his Step Five determination.  *Id.* at 6, 9-12.

No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*.  The ALJ's denial of Plaintiff's application for a claim of a period of disability, DIB, and SSI is hereby **AFFIRMED**.  Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of July, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge